# EXHIBIT A



U.S. Department of Justice

Criminal Division

*Public Integrity Section*

October 5, 2023

Mr. David F. Macneil

Dear Mr. David F. Macneil,

    I am contacting you because you were identified by law enforcement as a victim or potential victim in the case of *United States v. Charles Edward Littlejohn*, No. 1:23-cr-343, filed in the U.S. District Court for the District of Colombia.  The prosecutors for this case are ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.  The Department of Justice sent you a previous notification of the investigation in this matter.

    On September 29, 2023, Charles Edward Littlejohn was charged with unauthorized disclosure of tax return information in violation of Title 26, United States Code, Section 7213.  The Court has scheduled a hearing on October 12, 2023, at 3:15 pm for the defendant to enter a plea of guilty to this felony charge.  If the defendant pleads guilty at this hearing, there will be no trial involving this defendant, and the Court will set a date, usually a few months later, for a hearing at which the defendant's sentence will be determined.  You will receive notification of the sentencing hearing date and time and will have an opportunity to confer with the attorney for the Government about a sentencing recommendation and to submit a victim impact statement before that sentencing hearing.

    Your attendance at the plea hearing is not required, but if you wish to speak at the plea hearing, please email ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ in advance of the scheduled hearing date.  Because of the Court's schedule, hearing dates could change on very short notice. If you plan on attending, you may want to check the court calendars at https://www.dcd.uscourts.gov/court-calendars. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

    United States District Court

It is important to keep in mind that the defendant is presumed innocent until proven guilty and that presumption requires both the Court and our office to take certain steps to ensure that justice is served.  While our office cannot act as your attorney or provide you with legal advice, you can seek the advice of an attorney with respect to your rights or other related legal matters.  If you elect to obtain counsel to represent your interests, please have your attorney notify this office in writing at: ███████████████████.

If you have any questions about this case or would like to confer with the attorney for the Government in this case, please email ███████████████████.

                Sincerely,

                /s/ ███████████████

                ████████████

                Criminal Division
                United States Department of Justice